A. M. Turing.      Contents of box.
Book plate for Alan Turing prize.
Royal Society's Memoir by Professor M. H. A. Newman F.R.S.
Photostat copy of Précis of Einstein's Theory of Relativity
   prepared by Turing (aged 15½) for his mother. Original
   in King's College, Cambridge, library.
King's gold medal for mathematics won at Sherborne School. 1931
O.B.E. medal (& miniature) awarded for Secret War Service
   1939-1945 in Foreign Office.
Illuminated booklet accompanying the Christopher Morcom
   prize won in 1930 & 1931
Script of lecture on Calculating machines by Canon
   Eperson, a former mathematics master at Sherborne
   School, & film with photo of Turing, to illustrate lecture
Certificates & Diplomas
   School leaving certificate,
   3 Higher certificates, one with distinction.
   2 O.T.C. certificates
   Cambridge B.A. diploma, 1934
   Princeton Ph.D. diploma, 1937
   Notification of Election to Fellowship of Royal Society
Photo of Turing aged 16 (in case it is required. Please return
   to Mrs. Turing, 6, Waterden Road, Guildford.)
Books 'Irascible Genius' (Babbage) by Maboth Moseley.
   'The Analytical Engine' Jeremy Bernstein. Chapter on Turing's
   work.
Obituary notices. King's College, Cambridge. N.P.L. Nature, Times
? Two caricatures by Turing's mother.
Some School reports.
Comment on Higher Certificate probably 1929 or 1930

Turing's Reprints & one original
On computable numbers & correction
Science news 'Solvable & insolvable Problems
Computing machinery & intelligence
Equivalence of left & right almost periodicity.
The Extensions of a group
Systems of Logic based on ordinals    (Ph.D. thesis)
Practical forms of Type Theory
Some calculations of the Riemann zeta-function
A method for the calculation of the zeta-function
Rounding off errors in matrix processes
Finite approximations to Lie groups
Computability & λ-definability
Script of digital computers applied to games.
The Chemical basis of morphogenesis -


To follow eventually
'The World of Mathematics' 4 vols. Collection of articles by
   Eminent mathematicians, including Turing. These
   volumes are contained in their own case.
'The Charter Book of the Royal Society'.
Possibly photostat copies of some of Turing's letters:
   originals in King's College, Library, Cambridge.
Turing's 'Collected Works' when published.
Possibly 'Natural Wonders every child should Know' (Brewster)
   which opened Turing's eyes to the world of Science.

Two bound unedited scripts of Turing's B.B.C. broadcasts
on Computing machinery already given to Sherborne School.