IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
16. PHOTOGRAPH OF ALAN TURING RUNNING; AND

17. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

       Defendants.

___

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***

___

THIS MATTER comes before the Court on the United States' *Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the following defendant assets should enter:

    a. Diploma, Princeton University, Ph.D. in Mathematics, Issued to Alanum Mathison Turing;
    b. Photograph Of Alan Turing in Coat and Tie, Facing Right, by Elliott & Fry;
    c. Photograph Of Alan Turing in Coat and Tie, Facing Left, by Elliott & Fry;
    d. Order of The British Empire Medal, Miniature, and Instruction Sheet Contained in Box Gilded With O.B.E.;
    e. Letter from King George VI Presenting O.B.E. to Alan M. Turing, Esq.;
    f. Alan Turing's Hazelhurst Prepatory School Report, December 1924;
    g. Alan Turing's Sherborne School Report, First-Half Summer Term 1926;
    h. Alan Turing's Sherborne School Report, Second-Half Summer Term 1926;
    i. Alan Turing's Sherborne School Report, First-Half Michaelmas Term 1927;
    j. Alan Turing's Sherborne School Report, Lent Term 1931;
    k. Alan Turing's Sherborne School Report, Summer Term 1931;
    l. Photostat Copy of Précis of The Theory of Relativity by Albert Einstein Prepared by Alan Turing for His Mother at Age Fifteen and a Half;
    m. Tan Postcard, With Caption Reading "The Universal Electronic Computer Installed at Manchester University by Ferranti Limited, Who are Manufacturing Under Licence from the Corporation" With Handwriting "Alan Standing";
    n. Photograph of Alan Turing, Facing Right, Verso Reads "Alan M. Turing 1936";
    o. Photograph of Alan Turing, Three-Quarter Portrait in Coat and Tie, Facing Right;
    p. Photograph of Alan Turing Running; and
    q. Photocopy of Postcard from Alan Turing to His Mother With Blue Ink Notes.

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant assets must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Elizabeth Young
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202

SO ORDERED this ____ day of _____, 2020.

BY THE COURT:

_____
United States District Court
Judge/Magistrate Judge