# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
Judge

January 22, 2020

## MEMORANDUM

TO:     Jeffrey Colwell, Clerk

FROM:   Judge Babcock                s/LTB

RE:     Civil Action No.  20-cv-00152
        USA v. Diploma, Princeton University, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp