IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-00152-WJM-STV

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
16. PHOTOGRAPH OF ALAN TURING RUNNING; AND

17. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

      Defendants.

___

**WARRANT FOR ARREST OF PROPERTY *IN REM***
___

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Amended Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

a. Diploma, Princeton University, Ph.D. in Mathematics, Issued to Alanum Mathison Turing;
b. Photograph Of Alan Turing in Coat and Tie, Facing Right, by Elliott & Fry;
c. Photograph Of Alan Turing in Coat and Tie, Facing Left, by Elliott & Fry;
d. Order of The British Empire Medal, Miniature, and Instruction Sheet Contained in Box Gilded With O.B.E.;
e. Letter from King George VI Presenting O.B.E. to Alan M. Turing, Esq.;
f. Alan Turing's Hazelhurst Prepatory School Report, December 1924;
g. Alan Turing's Sherborne School Report, First-Half Summer Term 1926;
h. Alan Turing's Sherborne School Report, Second-Half Summer Term 1926;
i. Alan Turing's Sherborne School Report, First-Half Michaelmas Term 1927;
j. Alan Turing's Sherborne School Report, Lent Term 1931;
k. Alan Turing's Sherborne School Report, Summer Term 1931;
l. Photostat Copy of Précis of The Theory of Relativity by Albert Einstein Prepared by Alan Turing for His Mother at Age Fifteen and a Half;
m. Tan Postcard, With Caption Reading "The Universal Electronic Computer Installed at Manchester University by Ferranti Limited, Who are Manufacturing Under Licence from the Corporation" With Handwriting "Alan Standing";
n. Photograph of Alan Turing, Facing Right, Verso Reads "Alan M. Turing 1936";
o. Photograph of Alan Turing, Three-Quarter Portrait in Coat and Tie, Facing Right;

p. Photograph of Alan Turing Running; and
q. Photocopy of Postcard from Alan Turing to His Mother With Blue Ink Notes.

DATED this 24th day of February, 2020.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: _____s/ T. Sheridan_____
Deputy Clerk