IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00152-WJM-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
16. PHOTOGRAPH OF ALAN TURING RUNNING; AND
17. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH

1

BLUE INK NOTES,

Defendants.

_____

**UNITED STATES' MOTION FOR LEAVE TO AMEND THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM* PURSUANT TO FED. R. CIV. P. 15(a)(2)**
_____

COMES NOW the United States of America by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, moves the Court for leave to file a Second Amended Verified Complaint For Forfeiture *In Rem* (Exhibit A), in the interest of justice.

In support, the United States sets forth the following:

1.      On February 16, 2018, a federal search warrant was executed at a home in Conifer, Colorado, wherein agents seized evidentiary items in addition to the above-captioned defendant assets. The evidentiary items were subsequently returned to Ms. Turing on October 29, 2019.

2.      On January 17, 2020, the United States filed this forfeiture action, seeking forfeiture of defendant assets seized from Ms. Turing.   (Doc. 1).

3.      On January 31, 2020, the United States filed its First Verified Amended Complaint for Forfeiture *In Rem.*   (Doc. 9).   The Amended Complaint included a signature page, but did not include the verified signature page dated January 31, 2020, attached hereto as Exhibit B.   Accordingly, the United States moves for leave to file a Second Amended Verified Complaint for Forfeiture *In Rem* to include a verified signature page.

4. Additionally, the United States is also seeking leave to amend the complaint to remove defendant Photograph of Alan Turing Running, which was returned to Ms. Turing on October 29, 2019, and is no longer in federal custody.

5. To date, no claimant has filed a claim in this case; therefore, the United States is the only party.

6. Federal Rule of Civil Procedure 15(a)(2) states that leave to amend should be freely given when "justice so requires." Generally, leave to amend under Federal Rule of Civil Procedure 15(a)(2) should only be denied when there has been "undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Bylin v. Billings*, 568 F.3d 1224, 1229 (10th Cir. 1993). Further, "Rule 15 . . . was designed to facilitate the amendment of pleadings except where prejudice to the opposing party would result." *Id.* (citing *United States v. Hougham*, 364 U.S. 310, 316 (1980)).

7. Here the original complaint filed had a verification page affixed. (Doc. 1, p. 39). However, the verification page of the amended complaint was unintentionally omitted upon electronic filing. Therefore, the United States is not seeking to amend based on bad faith or for dilatory motives. Further, no Claim has been filed, so no party is prejudiced at this time. The United States' proposed Second Amended Verified Complaint for Forfeiture *in Rem* (Exhibit A) merely omits one defendant asset and will include a proper verification page if the Court grants the United States' request.

WHEREFORE, the United States moves this Court for leave to file a second amended complaint pursuant to Fed. R. Civ. P. 15(a)(2) for the reasons set forth above.

DATED this 5th day of March 2020.

          Respectfully submitted,

          JASON R. DUNN
          United States Attorney

By:  s/ *Laura B. Hurd*
      Laura B. Hurd
      Assistant United States Attorney
      1801 California St., Ste 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: laura.hurd@usdoj.gov
      *Attorney for Plaintiff*

5

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 5th day of March 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system.

       s/ *Jasmine Zachariah*
       FSA Data Analyst
       Office of the U.S. Attorney