## VERIFICATION OF GREGORY WERTSCH
## SPECIAL AGENT, U.S. DEPARTMENT OF HOMELAND SECURITY

I, Special Agent Gregory Wertsch, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_____
Gregory Wertsch
Special Agent
U.S. Department of Homeland Security

STATE OF COLORADO    )
                     ) ss
COUNTY OF DENVER     )

The foregoing was acknowledged before me this 31 day of Jan, 2020 by Gregory Wertsch, Special Agent, U.S. Department of Homeland Security.

_____
Notary Public - Colorado
My Commission Expires Jan 12, 2021

AISHA MONIQUE JONES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20044044397
MY COMMISSION EXPIRES JANUARY 12, 2021

39



GOVERNMENT EXHIBIT B