IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-00152-WJM-STV

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT; AND
16. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

      Defendants.
_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

      PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Amended Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

a. Diploma, Princeton University, Ph.D. in Mathematics, Issued to Alanum Mathison Turing;
b. Photograph Of Alan Turing in Coat and Tie, Facing Right, by Elliott & Fry;
c. Photograph Of Alan Turing in Coat and Tie, Facing Left, by Elliott & Fry;
d. Order of The British Empire Medal, Miniature, and Instruction Sheet Contained in Box Gilded With O.B.E.;
e. Letter from King George VI Presenting O.B.E. to Alan M. Turing, Esq.;
f. Alan Turing's Hazelhurst Prepatory School Report, December 1924;
g. Alan Turing's Sherborne School Report, First-Half Summer Term 1926;
h. Alan Turing's Sherborne School Report, Second-Half Summer Term 1926;
i. Alan Turing's Sherborne School Report, First-Half Michaelmas Term 1927;
j. Alan Turing's Sherborne School Report, Lent Term 1931;
k. Alan Turing's Sherborne School Report, Summer Term 1931;
l. Photostat Copy of Précis of The Theory of Relativity by Albert Einstein Prepared by Alan Turing for His Mother at Age Fifteen and a Half;
m. Tan Postcard, With Caption Reading "The Universal Electronic Computer Installed at Manchester University by Ferranti Limited, Who are Manufacturing Under Licence from the Corporation" With Handwriting "Alan Standing";
n. Photograph of Alan Turing, Facing Right, Verso Reads "Alan M. Turing 1936";
o. Photograph of Alan Turing, Three-Quarter Portrait in Coat and Tie, Facing Right; and
p. Photocopy of Postcard from Alan Turing to His Mother With Blue Ink Notes.

DATED this ___ day of March, 2020.

                          JEFFREY P. COLWELL
                          Clerk of the U.S. District Court

                    By: _____
                          Deputy Clerk