IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 20-cv-00152-STV | FTR - Reporter Deck - Courtroom A1002 |
| Date: June 29, 2020 | Courtroom Deputy:  Monique Ortiz |

*Parties:*

| | |
|---|---|
| USA | Laura Hurd |
|     Plaintiff, | |
| v. | |
| DIPLOMA, PRINCETON UNIVERSITY, PH.D. IN MATHEMATICS, ISSUE TO ALANUM MATHISON TURING, et al and JULIA M. TURING | Katryna Spearman |
|     Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**
**Court in Session:   10:34 a.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding status of the case.  The Claimant has not filed a response in this case.

Parties inform the Court that they have been working towards a resolution in this case and are confident that they will reach a satisfactory resolution.

For the reasons set forth on the record, it is

**ORDERED:**      Claimant's response deadline is STAYED.  A further Status Conference is set for **October 6, 2020 at 9:45 a.m.**

HEARING CONCLUDED.
**Court in recess:     10:38 a.m.**
Time In Court:        00:04

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.