IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 20-cv-00152-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: October 6, 2020 | Courtroom Deputy:  Monique Ortiz |

*Parties:*

USA                                                             Laura Hurd

     Plaintiff,

 v.

DIPLOMA,  PRINCETON  UNIVERSITY,
PH.D.  IN  MATHEMATICS,  ISSUE  TO
ALANUM MATHISON TURING, et al and

     Defendant

JULIA M. TURING                                    Katryna Spearman

     Claimant

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**
**Court in Session:   9:46 a.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding status of the case.

Parties inform the Court that they have reached a settlement in this case.

Statement to the court by Julia Turing.

For the reasons set forth on the record, it is

**ORDERED:**          Parties  shall  have  thirty  (30)  days  from  today's  date  to  file  the
appropriate dismissal papers or status report with the Court.

HEARING CONCLUDED.
**Court in recess:     9:52 a.m.**
Time In Court:       00:06

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.