Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## COURT CASE NUMBER: 20-CV-00152-WJM; NOTICE OF FORFEITURE ACTION

Pursuant to 19 U.S.C. § 1595a, the United States filed a verified Complaint for Forfeiture against the following property:

Diploma, Princeton University, Ph.D. in Mathematics, Issued to Alanum Mathison Turing (18-CBP-000616) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Photograph of Alan Turing in Coat and Tie, Facing Right, by Elliott & Fry (18-CBP-000617) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Photograph of Alan Turing in Coat and Tie, Facing Left by Elliott & Fry (18-CBP-000618) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Order of the British Empire Medal (18-CBP-000619) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Order of the British Empire Miniature (18-CBP-000620) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Order of the British Empire Instruction Sheet (18-CBP-000621) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Order of the British Empire Box (18-CBP-000622) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Letter from King George VI Presenting O.B.E. to Alan M. Turing, Esq. (18-CBP-000623) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Alan Turing's Hazelhurst Prepatory School Report, December 1924 (18-CBP-000624) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Alan Turing's Sherborne School Report, First-Half Summer Term 1926 (18-CBP-000625) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Alan Turing's Sherborne School Report, Second-Half Summer Term 1926 (18-CBP-000626) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Alan Turning's Sherborne School Report, First-Half Michaelmas Term 1927 (18-CBP-000627) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Alan Turing's Sherborne School Report, Lent Term 1931 (18-CBP-000628) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison, located in Conifer, CO

Alan Turing's Sherborne School Report, Summer Term 1931 (18-CBP-000629) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Photostat Copy of Precis of the Theory of Relativity by Albert Einstein Prepared by Alan Turing for his Mother at Age Fifteen and a Half (18-CBP-000630) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Tan Postcard, with Caption (18-CBP-000631) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Photograph of Alan Turing, Facing Right, Verso Reads "Alan M. Turing 1936" (18-CBP-000632) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Photograph of Alan Turing, Three-Quarter Portrait in Coat and Tie, Facing Right (18-CBP-000633) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Photocopy of Postcard from Alan Turing to his Mother with Blue Ink Notes (18-CBP-000634) which was seized from Julia Mathison Turing on February 16, 2018 at the residence of Julia Mathison Turing, located in Conifer, CO

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 28, 2020) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 901 19th Street, Denver, CO  80294, and copies of each served upon Assistant United States Attorney Laura Hurd, 1801 California St., Ste. 1600, Denver, CO  80202, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The [https://www.forfeiture.gov/FilingPetition.htm](https://www.forfeiture.gov/FilingPetition.htm) website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Laura Hurd, 1801 California St., Ste. 1600, Denver, CO  80202.  This website provides answers to frequently asked questions (FAQs) about filing a petition.  You may file both a verified claim with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 28, 2020 and March 28, 2020. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Diploma, Princeton University, Ph.D. et al.

**Court Case No:** 20-CV-00152-WJM
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/28/2020 | 24.0 | Verified |
| 2 | 02/29/2020 | 24.0 | Verified |
| 3 | 03/01/2020 | 24.0 | Verified |
| 4 | 03/02/2020 | 24.0 | Verified |
| 5 | 03/03/2020 | 24.0 | Verified |
| 6 | 03/04/2020 | 24.0 | Verified |
| 7 | 03/05/2020 | 24.0 | Verified |
| 8 | 03/06/2020 | 24.0 | Verified |
| 9 | 03/07/2020 | 24.0 | Verified |
| 10 | 03/08/2020 | 23.8 | Verified |
| 11 | 03/09/2020 | 24.0 | Verified |
| 12 | 03/10/2020 | 24.0 | Verified |
| 13 | 03/11/2020 | 24.0 | Verified |
| 14 | 03/12/2020 | 24.0 | Verified |
| 15 | 03/13/2020 | 24.0 | Verified |
| 16 | 03/14/2020 | 24.0 | Verified |
| 17 | 03/15/2020 | 24.0 | Verified |
| 18 | 03/16/2020 | 24.0 | Verified |
| 19 | 03/17/2020 | 24.0 | Verified |
| 20 | 03/18/2020 | 24.0 | Verified |
| 21 | 03/19/2020 | 24.0 | Verified |
| 22 | 03/20/2020 | 24.0 | Verified |
| 23 | 03/21/2020 | 24.0 | Verified |
| 24 | 03/22/2020 | 24.0 | Verified |
| 25 | 03/23/2020 | 24.0 | Verified |
| 26 | 03/24/2020 | 24.0 | Verified |
| 27 | 03/25/2020 | 24.0 | Verified |
| 28 | 03/26/2020 | 23.8 | Verified |
| 29 | 03/27/2020 | 24.0 | Verified |
| 30 | 03/28/2020 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.