1

```
1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
2
     Case No. 20-cv-00152-STV
3    _____

4    UNITED STATES OF AMERICA,

5         Plaintiff,

6    vs.

7    DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED
     TO ALANUM MATHISON TURING, et al. and,
8
          Defendant,
9
     JULIA M. TURING,
10
          Claimant.
11   _____

12

13        Proceedings before SCOTT T. VARHOLAK, United States

14   Magistrate Judge, United States District Court for the

15   District of Colorado, commencing at 9:46 a.m., October 6,

16   2020, in the United States Courthouse, Denver, Colorado.

17   _____

18        WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

19   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

20   _____

21                       APPEARANCES

22        LAURA HURD, Attorney at Law, appearing for the

23   Plaintiff.

24        KATRYNA SPEARMAN, Attorney at Law, appearing for

25   the Defendant.
```

                                                                    2

 1  _____

 2                    TELEPHONIC STATUS CONFERENCE

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2              (Whereupon, the within electronically recorded
 3    proceedings are herein transcribed, pursuant to order of
 4    counsel.)
 5              THE COURT:  Good morning, everybody.  This is
 6    20-cv-152.  Could I have entries of appearance, please.
 7              MS. HURD:  Good morning, Your Honor.  Assistant
 8    United States Attorney Laura Hurd on behalf of plaintiff.
 9              THE COURT:  Good morning.
10              MS. SPEARMAN:  Good morning, Your Honor.  This is
11    Katryna Spearman, attorney for Julia Turing.
12              THE COURT:  Good morning.  So we had a hearing back
13    in June in which I stayed the claimant's response.  Let me
14    ask the parties:  Where do things stand at this point?
15              MS. HURD:  Your Honor --
16              MS. SPEARMAN:  We have reached a settlement
17    agreement.  We're just working on signing it.
18              THE COURT:  Okay, great.  If I gave you all 30 days
19    in order to file the dismissal papers, would that be
20    sufficient?
21              MS. HURD:  Yes, Your Honor, the plaintiff --
22              THE COURT:  Okay.
23              MS. HURD:  -- will file the appropriate motions
24    once an executed settlement agreement has been completed.
25              THE COURT:  All right, great.  Then I'll just put
```

1  that in the minute order that we give you 30 days to, you

2  know, either file the appropriate paperwork or a further

3  status report, and I don't think there is any need to have

4  any further hearing in this matter.  All right, anything

5  further from the parties?

6          MS. SPEARMAN:  Yes, Your Honor.  Ms. Turing would

7  like the opportunity to make a brief statement for the record

8  to the Court if that is possible.

9          THE COURT:  Sure, if she would like to.  Go ahead.

10          MS. TURING:  To the Court and to Judge Scott T.

11 Varholak.  My name is Julia Mathison Turing.  I would like to

12 just make a brief statement here for the court record.

13          It is in my humble opinion that Alan Mathison

14 Turing was one of the finest men ever to walk the face of the

15 earth.  In the shadows of his tremendous statements, talents

16 and achievements, he was humble, kind, thoughtful, gentle,

17 eccentric, deep of mind and soul and well loved and respected

18 by his friends and colleagues.

19          He was a beautiful man of the finest order.  He

20 lived brightly in my heart throughout my entire life

21 beginning at the age of -- between 8 and 9 years old and

22 became critically important in my life as a mentor,

23 especially during the dark and terrible times growing up in a

24 chaotic dangerous environment; abandoned on the streets

25 numerous times and tossed from foster home to foster home.

1          He was the rock that provided me the hope that
2    tomorrow will be a better -- would be a better day and often
3    told that I would never -- would never amount to anything by
4    my foster parents and family members.
5          Alan was not much known for most of my life until
6    2012 when Alan's secret war achievements were released to the
7    public, thus, and to my shock, and the explosion of the world
8    light came upon him.  He was my only inspiration to make it
9    against all odds, receiving my bachelor's degree,
10   commissioned officer in the Army with honors, awarded athlete
11   of the year after breaking numerous Army and armed forces'
12   track records in running, served honorably for my country as
13   an officer and including my deployment to Iraq.
14         I have studied the works of Alan's achievements
15   throughout my entire life and had a very nice collection of
16   his works and photographs.  I have loved and cherished him to
17   the highest degree throughout my entire life.  Now that Alan
18   has become England's hero, I therefore -- I am giving up my
19   collection to be handed over to England because I do not want
20   to keep anything from England against their will out of
21   selfishness.
22         I had in my last will and testament that Alan
23   Turing's collection would be sent to Archives in England for
24   the preservation of his legacy when the time came that I felt
25   I could no longer take care of them.

1          I wish only the very best for the legacy of Alan
2    Turing; that his belongings I have had the privilege to be
3    gifted and kept in my presence all these years and deeply
4    cherished throughout my life with the very best of care that
5    I could provide.  May now -- I say now that these things that
6    I had be handed over to the rest of the world to see and also
7    admire as I did.  That is my wish.
8          That is the end of my statement, Judge.
9          THE COURT:  Okay, thank you, Ms. Turing.  Anything
10   further on behalf of Ms. Turing?
11         MS. SPEARMAN:  No, Your Honor, thank you.
12         THE COURT:  Anything further from the Government?
13         MS. HURD:  No, Your Honor, thank you very much.
14         THE COURT:  Okay, thank you everybody.  We will be
15   in recess.
16         (Whereupon, the within hearing was then in
17   conclusion at 9:52 a.m.)
18
19
20
21
22
23
24
25

7

```
 1                    TRANSCRIBER'S CERTIFICATION

 2   I certify that the foregoing is a correct transcript to the

 3   best of my ability to hear and understand the audio recording

 4   and based on the quality of the audio recording from the

 5   above-entitled matter.

 6

 7   /s/ Dyann Labo                       October 26, 2020

 8   Signature of Transcriber             Date

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```