IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00152-STV

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
AND
16. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

    Defendants.
_____

## STATUS REPORT – NOVEMBER 4, 2020
_____

  COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, and hereby submits the following status report pursuant to the Court's October 6, 2020 Order (ECF Doc. 24):

  1. On March 11, 2020, the United States filed its Second Amended Verified Complaint for Forfeiture *In Rem* against the above-captioned defendant assets. (ECF Doc. 16).

  2. On May 29, 2020, Claimant Julia Turing filed a Verified Claim and asserted her interest in the defendant assets. (ECF Doc. 18).

  3. On October 6, 2020, the Court held a Telephonic Status Conference. During the Status Conference, the parties informed the Court that they had reached a verbal settlement in the case. (ECF Doc. 24).

  4. Due to mail delays, the settlement paperwork has not yet been executed. Counsel for Claimant Julia Turing has indicated that she is hopeful the paperwork will be sent to the United States next week.  The United States will then file the appropriate motions as soon as the settlement paperwork has been received.

  DATED this 4th day of November 2020.

            JASON R. DUNN
            United States Attorney

3

          s/ *Laura B. Hurd*
          Laura B. Hurd
          Assistant United States Attorney
          United States Attorney's Office
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Telephone: (303) 454-0100
          Fax: (303) 454-0405
          Email: laura.hurd@usdoj.gov
          *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 4th day of November 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

          s/ *Jasmine Zachariah*
          FSA Federal Data Analyst
          Office of the U.S. Attorney