IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00152-STV

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
AND
16. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

1

    Defendants.
_____

**STATUS REPORT – January 15, 2021**
_____

  COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, and hereby submits the following status report pursuant to the Court's Order (ECF Doc. 30):

  1. On March 11, 2020, the United States filed its Second Amended Verified Complaint for Forfeiture *in Rem* against the above-captioned defendant assets. (ECF Doc. 16).

  2. On May 29, 2020, Claimant Julia Turing filed a Verified Claim and asserted her interest in the defendant assets. (ECF Doc. 18).

  3. The Court held a Telephonic Status Conference on October 6, 2020. During the Status Conference, the parties informed the Court that they had reached a verbal settlement in the case. (ECF Doc. 24).

  4. On December 7, 2020, the United States filed a status report indicating that settlement paperwork had not been executed.  (ECF Doc. 29).  The United States further informed the Court that based on communications with Claimant Julia Turing's attorney, the United States was unsure of whether Claimant Julia Turing wanted her attorney to continue to represent her in this matter.  Based on the status report, the Court ordered that either dismissal papers or a further report regarding the status of settlement be filed by January 15, 2021.  (ECF Doc. 30).

5. To date, no written settlement agreement has been executed.

6. On January 6, 2021, undersigned counsel received an email from Ms. Spearman, stating that per Ms. Turing's request, she was no longer representing Claimant Julia Turing.  To date, a motion seeking to withdraw from representation has not been filed.

7. Therefore, based on the current status of the case, the United States believes a Status Hearing is appropriate.

DATED this 15th day of January 2021.

JASON R. DUNN
United States Attorney

s/ *Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
Email: laura.hurd@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

s/ *Jasmine Zachariah*
FSA Federal Data Analyst
Office of the U.S. Attorney
