IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   20-CV-00152-WJM-STV

UNITED STATES OF AMERICA
      Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY Ph.D, IN MATHEMATICS, ISSUE TO ALAN MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOT & FRY;
4. ORER OF THE BRITISH EMPIRE, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPARATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRECIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENSE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";

14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT; AND
16. PHOTOCOPY OF POSTCAR FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES.

Defendants.

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Ms. KATRYNA LYN SPEARMAN, ESQ., was previously retained to represent Ms. Julia M. Turing, claimed owner of the defendant-items. On November 10, 2020, Ms. Turing notified Ms. Spearman via email of her desire to sever the attorney-client relationship. In response, Ms. Spearman ensure that Ms. Turing received copies of all relevant documents and copies of case materials and confirmed, in writing, that the relationship was terminated.

Therefore, Ms. Spearman, pursuant said request, hereby files her Motion to Withdraw as Attorney of Record.

Date:     January 19, 2021

        Respectfully submitted,

        ***s/ Katryna Lyn Spearman, Esq.***
        Katryna Lyn Spearman, Esq.
        Ga. Bar 616038
        M 936.537.3914
        kspearman@lowtherwalker.com

        Lowther | Walker LLC
        101 Marietta St. NW, Ste. 3325

      Atlanta, GA 30305
      O 404.496.4052
      http://www.lowtherwalker.com

      Former Attorney for Julia M. Turing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   20-CV-00152-WJM-STV

UNITED STATES OF AMERICA
        Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY Ph.D, IN MATHEMATICS, ISSUE TO ALAN MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOT & FRY;
4. ORER OF THE BRITISH EMPIRE, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPARATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRECIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENSE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";

14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT; AND
16. PHOTOCOPY OF POSTCAR FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES.

Defendants.

## CERTIFICATE OF SERVICE

I certify that on January 19, 2021, I electronically filed the foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD with the Clerk of the United States District Court for the District of Colorado by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: January 19, 2021

Respectfully submitted,

*s/ Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
*Pro Hac Vice*
Ga. Bar 616038
M 936.537.3914
kspearman@lowtherwalker.com
Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, GA 30305
O 404.496.4052
http://www.lowtherwalker.com
Former Attorney for Julia M. Turing

5