IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 20-cv-00152-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: February 4, 2021 | Courtroom Deputy: Bernique Abiakam |

*Parties:*

UNITED STATES OF AMERICA,                Laura B. Hurd

    Plaintiff,

v.

DIPLOMA, PRINCETON UNIVERSITY,
PH.D. IN MATHEMATICS, ISSUED TO
ALANUM MATHISON TURING, et al.,          Katryna Lyn Spearman

    Defendants.

JULIA M. TURING

    Claimant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONE STATUS CONFERENCE**
**Court in Session:    9:00 a.m.**

Court calls case. Appearances of counsel via telepone.

This matter is before the Court regarding status of the case.

Discussion regarding Doc. No. 33.

For the reasons set forth on the record, it is

    **ORDERED:**          **Motion To Withdraw As Attorney Of Record (Filed 1/19/21; Doc.**

    **No. 33) is GRANTED.  Ms. Spearman is removed from further representation in this case.**

**ORDERED:**  **A Further Status Conference is set for March 2, 2021 at 9:15 a.m. Claimant, Julia M. Turing, needs to be present.**

Discussion regarding contact information for Julia M. Turing.

**The current mailing address for Claimant is as follows:**

  **Julia M. Turing**
  **PO Box 41**
  **Florence, CO 81226**

HEARING CONCLUDED.

**Court in recess:**  9:05 a.m.
Time In Court:  00:05

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.