10 Feb, 2021

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2021

JEFFREY P. COLWELL
CLERK

Dear Judge Scott Varholak;

I wish to apologize for my absence at the 4 Feb. 2021 phone conference, I was not informed of this important date and was in the hospital since late December ~~very sick~~ with COVID. I was not aware that my counsel removed themselves from my case until 8 Feb. after I returned home from the hospital. I received new negotiation proposal from AUSA Hurd but I was told that negotiations are finished since I missed the phone conference on 4 Feb. 2021 and urged to sign the negotiation agreement and get it to AUSA Hurd immediately or I would face court, court fines with no hope to get my PHD diploma returned to me. I was on heavy pain medications, very distressed by what was said and wasn't clear of mind when I signed the document to stop moving my case to court. Out of panic I signed and sent it not fully aware of what I was doing.

- I am asking you to please nullify my signature on the document I sent to AUSA Hurd dated 8 Feb. 2021 signed under extreme duress.
- please DO NOT cancel the phone conference 2 Mar. 2021 at 9:15. I desperately need a chance to make clarifications on following items on negotiation:

1) My PhD frame I made AND its components I custom made for the frame which I've repeatedly asked for via my attorney who I haven't heard from for over 3 months.

2) There needs to be clarifications on Government agreement to provide a 3D High res. copy of my PhD diploma in the same size as the original and 4K flash drive to contain all the digital information copy of the PhD. A standard flash drive will not be sufficient to contain the vary large data file. I was instructed by my attorney Katryna Spearman to find a company capable of doing the job of 3D high res imaging and let her know to forward on to AUSA Hurd months ago. I provided the name and contact info. Of the company to her.

I just received a letter from AUSA Hurd encouraging me to contact her with any questions. I have made several attempts to contact her without success.

Thank you very much for your time and look forward to phone conference on 2 Mar. 2021 @ 9:15.

Sincerely,
Julia M. Turing
PO Box 41
Florence, CO. 81226



Box 41
Florence Co.
81226
7019 0160 0000 1486 6010
DENVER CO 802
12 FEB 2021 PM 8 L
USA FOREVER
UNITED STATES POSTAL SERVICE
1023
80294
Judge Scott Varholak
US District Court
A. ARRAJ Courthouse
901 19th ST. Rm A 105
Denver Co. 80294-3589
80294-250151
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2019
U.S. POSTAGE PAID
FCM LETTER
PENROSE, CO
81240
FEB 12, 21
AMOUNT
$7.00
R2304Y122666-02
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE