IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 20-cv-00152-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: March 2, 2021 | Courtroom Deputy: Monique Ortiz |

*Parties:*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Laura B. Hurd |
|     Plaintiff, | |
| v. | |
| DIPLOMA, PRINCETON UNIVERSITY, PH.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING, et al., | |
|     Defendants. | |
| JULIA M. TURING | Pro Se |
|     Claimant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONE STATUS CONFERENCE**
**Court in Session:   9:17 a.m.**
Court calls case. Appearances of counsel.

This matter is before the Court regarding status of the case.  The parties inform the court that they believe they can reach a resolution in this matter.  Ms. Hurd suggests that the court set another Status Conference in thirty days so that the parties can finalize settlement terms.

Statements by Ms. Turing regarding settlement terms.

For the reasons set forth on the record, it is:

**ORDERED:**      A Telephone Status Conference is set for **April 6, 2021 at 11:30 a.m.** before Magistrate Judge Varholak.  Parties shall call (888-808-6929)

and utilize Access Code: 2805116#, at the scheduled date and time.

HEARING CONCLUDED.

**Court in recess:**   **9:22 a.m.**
Time In Court:        00:05

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.