IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 20-cv-00152-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: April 6, 2021 | Courtroom Deputy: Monique Ortiz |

*Parties:*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Laura B. Hurd |
|     Plaintiff, | |
| v. | |
| DIPLOMA, PRINCETON UNIVERSITY, PH.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING, et al., | |
|     Defendants. | |
| JULIA M. TURING | Pro Se |
|     Claimant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**
**Court in Session:   11:28 a.m.**
Court calls case. Appearances of counsel.

This matter is before the Court regarding status of the case.

Ms. Hurd informs the court that she has received a signed settlement agreement and anticipates to sign it today and file a Notice of Settlement with the court.

Ms. Hurd informs the court that there is a certain time frame that the parties will have to address certain matters and the Plaintiff will be filing the appropriate motions with the court after the completion of the terms of the settlement.

As long as a Notice of Settlement is filed with the court today, the court does not see any need to set any further hearings in this matter.

HEARING CONCLUDED.

**Court in recess:**     **11:29 a.m.**
Time In Court:          00:01

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.