IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00152-STV

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
AND
16. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

Defendants.
_____

## NOTICE OF SETTLEMENT
_____

COMES NOW the United States of America (the "United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Laura B. Hurd, and respectfully notifies the Court that it has reached a settlement with Claimant Julia Turing.

1. On March 11, 2020, the United States filed its Second Amended Verified Complaint for Forfeiture *In Rem*. (ECF Doc. 16).

2. On May 29, 2020, Claimant Julia Turing filed a verified claim asserting an interest in all of the defendant assets. (ECF Doc. 18).

3. On April 6, 2021, the United States and claimant Julia Turing, *Pro Se*, reached a settlement as to the defendant assets.

4. The settlement is solely between the United States and Claimant Julia Turing.

DATED this 6th day of April 2021.

> MATTHEW T. KIRSCH
> Acting United States Attorney
>
> s/ *Laura B. Hurd*
> Laura B. Hurd
> Assistant United States Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Telephone: 303-454-0100
> Fax: 303-454-0405
> Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of April 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system and mailed the foregoing via regular mail to the following address.

Ms. Julia Turing
PO Box 41
Florence, CO 81226

                                                  s/ *Jasmine Zachariah*
                                                  FSA Federal Data Analyst
                                                  Office of the U.S. Attorney