IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00152-STV

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
AND
16. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

       Defendants.
_____

**UNITED STATES' UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE**
_____

       COMES NOW the United States of America (the "United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Laura B. Hurd, and pursuant to 19 U.S.C. § 1595a, 18 U.S.C. § 545, and 18 U.S.C. § 981(a)(1)(C), moves for a Final Order of Forfeiture of all defendant assets in favor of the United States.

       In support of this Motion, the United States states:

       1.     On March 11, 2020, pursuant to 19 U.S.C. § 1595a, 18 U.S.C. § 545, 18 U.S.C. § 981(a)(1)(C), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Second Amended Verified Complaint for Forfeiture In Rem* seeking forfeiture of the above-captioned defendant assets in civil case number 20-cv-00152-STV (all defendants collectively referred to as "defendant assets"). All of the sworn statements set forth in the Second Amended Verified Complaint for Forfeiture In Rem establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture. (Doc. 16).

       2.     On March 11, 2020, the United States sent a *Notice of Second Amended Complaint for Forfeiture In Rem* to all known interested parties. (Doc. 17).

3. On May 29, 2020, Ms. Julia Turing filed a verified claim and asserted her interest in all of the defendant assets. (Doc. 18). Claimant Julia Turing has not filed an Answer to the Second Amended Verified Complaint.

4. On October 28, 2020, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Publication* stating that notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, from February 28, 2020, through March 28, 2020.  (Doc. 25).

5. No other claims have been filed and the time for doing so has expired.

6. The United States and Claimant Julia Turing have reached a settlement resolving Ms. Turing's interest and all issues in dispute as to the defendant assets.

7. As part of the settlement agreement, Claimant Julia Turing agrees and consents to the forfeiture of all the defendant assets in civil case number 20-cv-00152-STV.  Per the terms of the settlement agreement, the United States has provided images of defendant assets to be forfeited and has returned items that are not defendant assets in this forfeiture action.

8. Upon entry of the Final Order of Forfeiture, all issues regarding the defendant assets in this civil forfeiture action will be resolved.

WHEREFORE, the United States respectfully requests that the Court enter a Final Order of Forfeiture of the following defendant assets, in accordance with the terms and provisions of the Settlement Agreement between the parties:

    a. Diploma, Princeton University, Ph.D. in Mathematics, Issued to Alanum Mathison Turing;

b. Photograph of Alan Turing in Coat and Tie, Facing Right, By Elliott & Fry;
c. Photograph of Alan Turing in Coat and Tie, Facing Left, By Elliott & Fry;
d. Order of The British Empire Medal, Miniature, and Instruction Sheet Contained in Box Gilded with O.B.E.;
e. Letter from King George VI Presenting O.B.E. to Alan M. Turing, Esq.;
f. Alan Turing's Hazelhurst Prepatory School Report, December 1924;
g. Alan Turing's Sherborne School Report, First-Half Summer Term 1926;
h. Alan Turing's Sherborne School Report, Second-Half Summer Term 1926;
i. Alan Turing's Sherborne School Report, First-Half Michaelmas Term 1927;
j. Alan Turing's Sherborne School Report, Lent Term 1931;
k. Alan Turing's Sherborne School Report, Summer Term 1931;
l. Photostat Copy of Précis of The Theory of Relativity by Albert Einstein Prepared by Alan Turing for His Mother at Age Fifteen and a Half;
m. Tan Postcard, with Caption Reading "The Universal Electronic Computer Installed at Manchester University by Ferranti Limited, who are Manufacturing Under Licence From the Corporation" With Handwriting "Alan Standing";
n. Photograph of Alan Turing, Facing Right, Verso Reads "Alan M. Turing 1936";
o. Photograph of Alan Turing, Three-Quarter Portrait in Coat and Tie, Facing Right; and
p. Photocopy of Postcard from Alan Turing to his Mother with Blue Ink Notes.

The United States further respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Judgment of the defendant asset.

DATED this 25th day of May 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: s/*Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of May 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all attorneys on record and mailed the following via email and regular mail to:

Ms. Julia Turing
Email and address on file


                                                s/ *Jasmine Zachariah*
                                                FSA Data Analyst
                                                Office of the U.S. Attorney