IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00152-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
AND
16. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

1

Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the *United States' Motion for Final Order of Forfeiture*, the Court having reviewed said Motion FINDS that:

1. The United States commenced this civil forfeiture action, pursuant to 19 U.S.C. § 1595a, 18 U.S.C. § 545, 18 U.S.C. § 981(a)(1)(C) (ECF Doc. 16);

2. The facts and verifications as set forth in the Second Amended Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the following defendant assets:

   a. Diploma, Princeton University, Ph.D. in Mathematics, Issued to Alanum Mathison Turing;
   b. Photograph of Alan Turing in Coat and Tie, Facing Right, By Elliott & Fry;
   c. Photograph of Alan Turing in Coat and Tie, Facing Left, By Elliott & Fry;
   d. Order of The British Empire Medal, Miniature, and Instruction Sheet Contained in Box Gilded with O.B.E.;
   e. Letter from King George VI Presenting O.B.E. to Alan M. Turing, Esq.;
   f. Alan Turing's Hazelhurst Prepatory School Report, December 1924;
   g. Alan Turing's Sherborne School Report, First-Half Summer Term 1926;
   h. Alan Turing's Sherborne School Report, Second-Half Summer Term 1926;
   i. Alan Turing's Sherborne School Report, First-Half Michaelmas Term 1927;
   j. Alan Turing's Sherborne School Report, Lent Term 1931;
   k. Alan Turing's Sherborne School Report, Summer Term 1931;

      l.      Photostat Copy of Précis of The Theory of Relativity by Albert Einstein Prepared by Alan Turing for His Mother at Age Fifteen and a Half;

      m.      Tan Postcard, with Caption Reading "The Universal Electronic Computer Installed at Manchester University by Ferranti Limited, who are Manufacturing Under Licence From the Corporation" With Handwriting "Alan Standing";

      n.      Photograph of Alan Turing, Facing Right, Verso Reads "Alan M. Turing 1936";

      o.      Photograph of Alan Turing, Three-Quarter Portrait in Coat and Tie, Facing Right; and

      p.      Photocopy of Postcard from Alan Turing to his Mother with Blue Ink Notes.

3.      All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (ECF Docs. 17 and 25);

4.      The United States and Claimant Julia Turing, *pro se*, have reached a settlement resolving Claimant Julia Turing's interest and all issues in dispute as to the defendant assets; and

5.      No other claims to the defendant assets have been filed.

IT IS THEREFORE ORDERED that:

6.      The United States shall have full and legal title to the following defendant assets and may dispose of the assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement:

      a.      Diploma, Princeton University, Ph.D. in Mathematics, Issued to Alanum Mathison Turing;

      b.      Photograph of Alan Turing in Coat and Tie, Facing Right, By Elliott & Fry;

      c.      Photograph of Alan Turing in Coat and Tie, Facing Left, By Elliott & Fry;

  d. Order of The British Empire Medal, Miniature, and Instruction Sheet Contained in Box Gilded with O.B.E.;
  e. Letter from King George VI Presenting O.B.E. to Alan M. Turing, Esq.;
  f. Alan Turing's Hazelhurst Prepatory School Report, December 1924;
  g. Alan Turing's Sherborne School Report, First-Half Summer Term 1926;
  h. Alan Turing's Sherborne School Report, Second-Half Summer Term 1926;
  i. Alan Turing's Sherborne School Report, First-Half Michaelmas Term 1927;
  j. Alan Turing's Sherborne School Report, Lent Term 1931;
  k. Alan Turing's Sherborne School Report, Summer Term 1931;
  l. Photostat Copy of Précis of The Theory of Relativity by Albert Einstein Prepared by Alan Turing for His Mother at Age Fifteen and a Half;
  m. Tan Postcard, with Caption Reading "The Universal Electronic Computer Installed at Manchester University by Ferranti Limited, who are Manufacturing Under Licence From the Corporation" With Handwriting "Alan Standing";
  n. Photograph of Alan Turing, Facing Right, Verso Reads "Alan M. Turing 1936";
  o. Photograph of Alan Turing, Three-Quarter Portrait in Coat and Tie, Facing Right; and
  p. Photocopy of Postcard from Alan Turing to his Mother with Blue Ink Notes.

7. The Clerk of the Court is directed to enter Judgment; and

8. A Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant assets, pursuant to 28 U.S.C. § 2465.

SO ORDERED this ____ day of _____ 2021.

            BY THE COURT:

            _____
            Scott T. Varholak
            United States Magistrate Judge