IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00152-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DIPLOMA, PRINCETON UNIVERSITY, Ph.D. IN MATHEMATICS, ISSUED TO ALANUM MATHISON TURING;
2. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING RIGHT, BY ELLIOTT & FRY;
3. PHOTOGRAPH OF ALAN TURING IN COAT AND TIE, FACING LEFT, BY ELLIOTT & FRY;
4. ORDER OF THE BRITISH EMPIRE MEDAL, MINIATURE, AND INSTRUCTION SHEET CONTAINED IN BOX GILDED WITH O.B.E.;
5. LETTER FROM KING GEORGE VI PRESENTING O.B.E. TO ALAN M. TURING, ESQ.;
6. ALAN TURING'S HAZELHURST PREPATORY SCHOOL REPORT, DECEMBER 1924;
7. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF SUMMER TERM 1926;
8. ALAN TURING'S SHERBORNE SCHOOL REPORT, SECOND-HALF SUMMER TERM 1926;
9. ALAN TURING'S SHERBORNE SCHOOL REPORT, FIRST-HALF MICHAELMAS TERM 1927;
10. ALAN TURING'S SHERBORNE SCHOOL REPORT, LENT TERM 1931;
11. ALAN TURING'S SHERBORNE SCHOOL REPORT, SUMMER TERM 1931;
12. PHOTOSTAT COPY OF PRÉCIS OF THE THEORY OF RELATIVITY BY ALBERT EINSTEIN PREPARED BY ALAN TURING FOR HIS MOTHER AT AGE FIFTEEN AND A HALF;
13. TAN POSTCARD, WITH CAPTION READING "THE UNIVERSAL ELECTRONIC COMPUTER INSTALLED AT MANCHESTER UNIVERSITY BY FERRANTI LIMITED, WHO ARE MANUFACTURING UNDER LICENCE FROM THE CORPORATION" WITH HANDWRITING "ALAN STANDING";
14. PHOTOGRAPH OF ALAN TURING, FACING RIGHT, VERSO READS "ALAN M. TURING 1936";
15. PHOTOGRAPH OF ALAN TURING, THREE-QUARTER PORTRAIT IN COAT AND TIE, FACING RIGHT;
AND
16. PHOTOCOPY OF POSTCARD FROM ALAN TURING TO HIS MOTHER WITH BLUE INK NOTES,

Defendants.
_____

# FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the *Final Order of Forfeiture* entered by the Honorable Magistrate Judge Varholak, the following JUDGMENT is hereby entered:

1. Forfeiture is hereby entered in favor of the United States, pursuant to 19 U.S.C. § 1595a, 18 U.S.C. § 545, and 18 U.S.C. § 981(a)(1)(C), including all right, title, and interest, for the following defendant assets:

   a. Diploma, Princeton University, Ph.D. in Mathematics, Issued to Alanum Mathison Turing;
   b. Photograph of Alan Turing in Coat and Tie, Facing Right, By Elliott & Fry;
   c. Photograph of Alan Turing in Coat and Tie, Facing Left, By Elliott & Fry;
   d. Order of The British Empire Medal, Miniature, and Instruction Sheet Contained in Box Gilded with O.B.E.;
   e. Letter from King George VI Presenting O.B.E. to Alan M. Turing, Esq.;
   f. Alan Turing's Hazelhurst Prepatory School Report, December 1924;
   g. Alan Turing's Sherborne School Report, First-Half Summer Term 1926;
   h. Alan Turing's Sherborne School Report, Second-Half Summer Term 1926;
   i. Alan Turing's Sherborne School Report, First-Half Michaelmas Term 1927;
   j. Alan Turing's Sherborne School Report, Lent Term 1931;
   k. Alan Turing's Sherborne School Report, Summer Term 1931;
   l. Photostat Copy of Précis of The Theory of Relativity by Albert Einstein Prepared by Alan Turing for His Mother at Age Fifteen and a Half;
   m. Tan Postcard, with Caption Reading "The Universal Electronic Computer Installed at Manchester University by Ferranti Limited,

        who are Manufacturing Under Licence From the Corporation" With Handwriting "Alan Standing";

n. Photograph of Alan Turing, Facing Right, Verso Reads "Alan M. Turing 1936";

o. Photograph of Alan Turing, Three-Quarter Portrait in Coat and Tie, Facing Right; and

p. Photocopy of Postcard from Alan Turing to his Mother with Blue Ink Notes;

2. The United States shall have full and legal title as to the defendant assets and may dispose of said assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. The *Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to the defendant assets under 28 U.S.C. § 2465; and

4. Per the parties' Settlement Agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this ___ day of _____ 2021.

                                    JEFFREY P. COLWELL
                                    Clerk of the U.S. District Court

                              By: _____
                                  Deputy Clerk